UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-CR-00575-EGS |
| | : | |
| DAVID JOHN LESPERANCE, | : | |
| CASEY CUSICK, and | : | |
| JAMES VARNELL CUSICK JR, | : | |
| | : | |
| Defendants. | : | |

## UNOPPOSED MOTION FOR PROTECTIVE ORDER

The United States of America hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States and counsel for the Defendants have reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that the Defendants do not oppose this motion or the entry of the attached protective order.

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. Bar No. 41573

_____
Anne P. McNamara
Assistant United States Attorney
D.C. Bar No. 1006550
U.S. Attorney's Office, Fraud Section
555 Fourth Street, N.W.
Washington, D.C.  20530
Telephone: (202) 809-3502
Email: Anne.McNamara2@usdoj.gov