**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 21-CR-0575 (EGS)** |
| | : | |
| **DAVID JOHN LESPERANCE** | : | |
| **CASEY CUSICK** | : | |
| **JAMES VARNELL CUSICK JR.** | : | |

## NOTICE OF APPEARANCE

Pursuant to the Court's Minute Orders of November 30, and December 1, 2021, by this Notice of Appearance undersigned counsel enters her appearance as Conflict Counsel to complete a conflicts evaluation and prepare a written report and recommendation to the Court regarding whether John Pierce's representation of David John Lesperance, Casey Cusick and James Varnell Cusick, Jr., in this matter creates a conflict between any of them and Mr. Pierce, and if so, whether the codefendants can waive any conflict that may exist.

**Dated: December 13, 2021**                    Respectfully submitted,

s/*Santha Sonenberg*
_____
Santha Sonenberg (D.C. Bar No. 376-188)
(202) 494-7083
**santhasonenberg@yahoo.com**

## CERTIFICATE OF SERVICE

Notwithstanding the automatic service of pleadings by the electronic case filing system (ECF), out of an abundance of caution this is to certify that on December 13, 2021, a copy of the foregoing Status Report has been delivered by electronic mail to Maria Fedor at maria.fedor@usdoj.gov, Assistant United States Attorney, Office of the United States Attorney, 555 Fourth Street, N.W., Washington, D.C.  20001 and upon John Pierce, at jpierce@piercebrainbridge.com and hello@johnpiercelaw.com.

s/ *Santha Sonenberg*

Santha Sonenberg