AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21-cr-00575-EGS |
| David John Lesperance, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

James Varnell Cusick, Jr.

Date: 05/26/2022

*Attorney's signature*

Margarita K. O'Donnell, DC Bar 1005972
*Printed name and bar number*

Zuckerman Spaeder LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036
*Address*

modonnell@zuckerman.com
*E-mail address*

(202) 778-1841
*Telephone number*

(202) 822-8106
*FAX number*