UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 1: 21-575 (JDB) |
| : | |
| DAVID JOHN LESPERANCE, CASEY : | |
| CUSICK, and JAMES VARNELL : | |
| CUSICK, JR., : | |
| : | |
| Defendants. : | |

## ORDER

Upon consideration of the United States' unopposed motion for an extension of time to file its response to the defendants' motion to dismiss for failure to state a claim (ECF No. 47), it is hereby ORDERED that the motion is GRANTED.

It is further ORDERED that the government shall file its response to the defendants' motion to dismiss for failure to state a claim (ECF No. 47) by March 3, 2023.

Dated this _____ day of February 2023.

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

3