UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Case No. 1: 21-575 (JDB)** |
| : | |
| **DAVID JOHN LESPERANCE, CASEY** : | |
| **CUSICK, and JAMES VARNELL** : | |
| **CUSICK, JR.,** : | |
| : | |
| **Defendants.** : | |

### ORDER

Upon consideration of the defendants' motion to dismiss (ECF No. 45), it is hereby ORDERED that the motion is DENIED.

Dated this _____ day of February 2023.

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA