UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 1: 21-575 (JDB) |
| : | |
| **DAVID JOHN LESPERANCE, CASEY** : | |
| **CUSICK, and JAMES VARNELL** : | |
| **CUSICK, JR.,** : | |
| : | |
| **Defendants.** : | |

**GOVERNMENT'S UNOPPOSED MOTION FOR FURTHER EXTENSION OF TIME TO FILE ITS RESPONSE TO THE DEFENDANTS' MOTION (ECF NO. 47)**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves for a further seven-day extension of time, until March 10, 2023, to respond to the defendants' motion to dismiss this case for failure to state a claim (ECF No. 47). As explained below, good cause exists for the seven-day extension requested in this motion.

On January 13, 2023, this Court entered an order setting the following deadlines for pretrial dispositive motions: (i) motions due by 2/3/2023; (ii) responses due by 2/24/2023; and (iii) replies due by 3/6/2023. The court also scheduled trial for June 12, 2023. On February 3, the defendants filed three dispositive motions: (i) a motion to dismiss on First Amendment grounds (ECF No. 45); (ii) a motion to transfer venue (ECF No. 46); and (iii) a motion to dismiss for failure to state a claim (ECF No. 47). The government has worked diligently to prepare responses to these motions and filed its responses to the first two motions on February 24, 2023. This Court granted the government's request for a seven-day extension, until March 3, 2023, to file its response to the third motion (ECF No. 47). Due to the press of other professional obligations, however, the undersigned counsel will need a further 7-day extension to prepare the government's response to

1

the defendants' remaining motion (ECF No. 47). In particular, the undersigned counsel has been in jury selection and now trial in another criminal case, *United States v. GossJankowski*, No. 1:21-cr-123 (PLF), since February 28, 2023.

I have conferred with John Pierce, counsel for the defendants, regarding this motion. Mr. Pierce has indicated that the defendants do not oppose the seven-day extension sought in this motion.

## CONCLUSION

The government respectfully requests that the Court grant this motion to extend the time to respond to the defendants' motion to dismiss the case for failure to state a claim (ECF No. 47) until Friday, March 10, 2023.

March 2, 2023                Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:   */s/ Francesco Valentini*
Francesco Valentini
D.C. Bar No. 986769
Trial Attorney
United States Department of Justice, Criminal Division
Detailed to the D.C. United States Attorney's Office
601 D Street NW
Washington, D.C.  20530
(202) 598-2337
francesco.valentini@usdoj.gov