## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 1: 21-575 (JDB)** |
| | **:** | |
| **DAVID JOHN LESPERANCE, CASEY** | **:** | |
| **CUSICK, and JAMES VARNELL** | **:** | |
| **CUSICK, JR.,** | **:** | |
| | **:** | |
| **Defendants.** | **:** | |

### ORDER

Upon consideration of the United States' unopposed motion for an extension of time to file its response to the defendants' motion to dismiss for failure to state a claim (ECF No. 47), it is hereby ORDERED that the motion is GRANTED.

It is further ORDERED that the government shall file its response to the defendants' motion to dismiss for failure to state a claim (ECF No. 47) by March 10, 2023.


Dated this _____ day of March 2023.


_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA