**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

-v-

DAVID JOHN LESPERANCE, CASEY
CUSICK, and JAMES VARNELL
CUSICK, JR.,

Defendants

Criminal No. 1:21-cr-575 (JDB)

**[PROPOSED] ORDER**

Upon consideration of Defendant's Motion for Admission *Pro Hac Vice* of Roger
Roots, it is hereby ORDERED that the Motion is GRANTED. Roger Roots is
admitted *pro hac vice* and may appear on behalf of Defendant David John
Lesperance, James Varnell Cusick Jr., and Casey Cusick, in the above-captioned
matter.

Dated:......................., 2022

_____
United States District Judge