# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No. 21-cr-575** |
| | : | |
| v. | : | |
| | : | |
| **DAVID LESPERANCE** | : | |
| **CASEY CUSICK** | : | |
| **JAMES CUSICK JR** | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF ATTORNEY APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Trial Attorney Sonia W. Murphy, detailed to the United States Attorney's Office for the District of Columbia, is entering her appearance in this matter on behalf of the United States. Ms. Murphy may be contacted by telephone at 202-305-3067 or by email at Sonia.Murphy@usdoj.gov. Ms. Murphy joins Mr. Valentini, who remains assigned to this case.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney DC Bar
No. 481052

By: /s/ *Sonia W. Murphy*
Sonia W. Murphy
Trial Attorney (Detailee)
D.C. Bar No. 483072
U.S. Attorney's Office for the
District of Columbia
601 D St. N.W
Washington, DC 20530
Office: (202) 305-3067

## **CERTIFICATE OF SERVICE**

On this 22nd day of June 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Sonia W. Murphy*
Sonia W. Murphy
Trial Attorney (Detailee)
U.S. Attorney's Office for the
District of Columbia
601 D St. N.W
Washington, DC 20530
Office: (202) 305-3067