UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>DAVID JOHN LESPERANCE, CASEY CUSICK, and JAMES VARNELL CUSICK, JR.,<br><br>Defendants | Criminal No. 1:21-cr-575 (JDB) |

### [PROPOSED] ORDER

Upon consideration of Defendant's Motion for Admission *Pro Hac Vice* of Roger Roots, it is hereby ORDERED that the Motion is GRANTED. Roger Roots is admitted *pro hac vice* and may appear on behalf of Defendant David John Lesperance, James Varnell Cusick Jr., and Casey Cusick, in the above-captioned matter.

Dated: _____, 2022

_____
United States District Judge