# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>-v-<br><br>**DAVID JOHN LESPERANCE, CASEY CUSICK, and JAMES VARNELL CUSICK, JR.,**<br><br>           **Defendants.** | Criminal No.:   1:21-cr-575 (JDB) |

## DECLARATION OF ROGER I. ROOTS, ESQ.

**I, Roger Isaac Roots, hereby declare the following facts, under oath and under penalties of perjury.**

1. **My name is Roger Roots and I am an attorney and partner with John Pierce, esq.**
2. **I am admitted in good standing to the Rhode Island State bar, #6752.  I also am admitted to the U.S. District of Nebraska and the U.S. 1st, 8th, 9th, and 10th Circuits.**
3. **I am attaching a June 19, 2023 letter regarding my bar status from the Rhode Island Supreme Court disciplinary counsel.**
4. **The letter states that I have no history of discipline, no current complaints and no charges pending.**
5. **I am also attaching a current certificate of good standing from the State bar of Rhode Island.**
6. **I have never intentionally submitted a Certificate of Good Standing that was out of date as far as I know.  I would have no reason for doing so, as I have been continuously in good standing with the Rhode Island State bar at all times for 20 years, since June 3, 2003.**
7. **There was an issue last year with a JPL paralegal submitting an out-of-date or altered certificate in another matter without my knowledge.  That paralegal is no longer with the firm.  I never met the individual in**

person and never knew about or directed the individual regarding the matter.
8. I have applied for general admission to the DC federal District Court, which is pending.  I believe the issue with the paralegal (mentioned above) has delayed that admission process.  (I believe the issue has now been resolved in my favor, but I'm not sure.)
9. In the future I will pay extremely close attention to dates of issuance on any certificates of good standing and will ensure that anyone submitting a motion to have me admitted in any pro hac vice capacity (or any other situation) must submit a very recent certificate of good standing along with our motion package.
10. Please contact me with any questions or comments regarding this at any time.
11. I take responsibility for any errors or confusion in this regard.  If I can provide further assistance, please let me know.

Sworn and signed, under penalties of perjury,

*/s/ Roger Roots, esq.*

Roger Roots

Dated June 23, 2023

Roger Roots
**JOHN PIERCE LAW P.C.**
21550 Oxnard Street
3rd Floor, PMB 172
Woodland Hills, CA 91367
tel: (213) 279-7846
rroots@johnpiercelaw.com