DECLARATION OF JOHN M. PIERCE

I, John M. Pierce, affirm under penalty of perjury that:

1. I am an Attorney in good standing with the State Bar of California. I am the Founder and Owner of John Pierce Law P.C. ("JPL").
2. I graduated from the University of Notre Dame in 1994. Following that, I served as an officer United States Army from 1994 to 1997. I then graduated from Harvard Law School in 2000, where I was an editor of the *Harvard Law Review*.
3. I have previously been a partner at Quinn Emanuel Urquhart & Sullivan, LLP, a partner at Latham & Watkins LLP, and a co-Global Practice Area Leader for Litigation and Dispute Resolution at K&L Gates LLP.
4. I have been a member of the State Bar of California since 2007. Prior to that, I was a member of the Pennsylvania Bar Association. In addition, for a period of time, I was also a member of the State Bar Association of New York. To the best of my recollection, at all times I have been in good standing in all state bars to which I have been admitted.
5. I am also admitted to numerous federal district courts and federal Courts of Appeal around the country. I am also admitted to the Supreme Court of the United States. To the best of my recollection, at all times I have been in good standing in all federal courts to which I have been admitted.
6. To the best of my recollection, I have never been sanctioned by a court or been disciplined by any state bar.
7. I am also the Founder and Chairman of the National Constitutional Law Union, Inc. (the "NCLU"), a 501(c)(4) non-profit dedicated to protecting the rights of all Americans under the United States Constitution.
8. Mr. Roots is a partner at JPL and has been since February 1, 2022. He is an individual and attorney of the utmost integrity.
9. My understanding of the motion filed for Mr. Roots to appear in this case pro hac vice is that our firm used the same certificate of good standing we had used in some prior cases very recently.
10. I was not aware that Mr. Roots' certificate of good standing was older than 30 days. I apologize.
11. We have now obtained a new certificate of good standing for Mr. Roots, and it is attached to this filing.
12. Mr. Roots had nothing to do with the submission of the older-than-30-days certificate in this matter. Mr. Roots has been in good standing with the Rhode Island bar for 20 years.
13. By way of background, Mr. Roots and I represent close to 30 criminal and civil defendants with respect to the activities that occurred at the United States Capitol on January 6, 2001. To say we have been overwhelmed with work and court appearances would be an understatement.
14. I take full responsibility for the out-of-date certificate.
15. Please contact me at (213) 400-0725 with any further questions relating to this matter.

FURTHER THE DECLARANT SAYETH NOT,

/s/ John M. Pierce, esq.

John M. Pierce                    Dated June 23, 2023.