IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>-v-<br><br>**DAVID JOHN LESPERANCE, CASEY CUSICK, and JAMES VARNELL CUSICK, JR.,**<br><br>**Defendants.** | Criminal No.:   1:21-cr-575 (JDB) |

### <u>DECLARATION OF EMILY LAMBERT</u>

My name is Emily Lambert and I am older than 18 years of age. I state the following facts, under oath and under penalties of perjury. These facts are all within my personal knowledge and I am prepared to testify regarding them at any time. I can be contacted through the John Pierce Law firm.

1. I am employed by the John Pierce Law firm. While my official title is Client Advocate, and I am generally the person who contacts and communicates with clients, I also perform many other duties with the firm, including paralegal support and discovery review.
2. In recent months, we have had two other employees of JPL who assisted me in these cases and other integral firm tasks quit without notice to pursue other opportunities leaving me as currently the only full-time paralegal in the firm.
3. This means I am the sole person who prepares and files the PHV motions for Mr. Roots.
4. I am currently the only paralegal in the JPL firm who is working on January 6th cases, and have been in trial almost nonstop since December of 2022. I was assisting Mr. Roots with the Proud Boy trial under Judge Kelly, which extended quite unexpectedly, for approximately 4 ½ months. Also during that trial, I was simultaneously assisting both Mr. Roots in that case, while also assisting Mr. Peirce in the trial of Defendant Christopher Alberts. We then moved right into the felony trial of Defendant Joseph Thomas. Most recently, I also assisted with the preparation and bench trial of Defendant Brian Mock. I am a single mother with three children under the age of 13, and I am

    exclusively responsible for their care, while also working extremely demanding hours during trial.
5. I did not realize that the certificate of good standing for Mr. Roots was out of date at the time we filed our PHV motion in this case. This was an oversight by me, due to my incorrect calculation of the date.
6. I also inadvertently filed the wrong declaration of Mr. Roots which contained an outdated number of times he had applied and been admitted by PHV motion in this court. I was unaware I made this error until this court brought it to my attention.
7. I did not include the previous filings that I filed in Defendant Thomas's case, because it was my understanding that the issue had been resolved and that there was no need to further file it. Since these documents were filed publicly previously, it was most certainly not an attempt on my part to hide it.
8. During our engagement in these cases, I have missed holidays (Including Christmas with my children), I have and currently receive a multitude of online harassment to include stalking and the posting of my personal photos all over the internet without my permission, and I have been followed and harassed even in this city while walking to and from the Courthouse. This harassment has drastically impeded my ability to do my job, as I am constantly in fear for both my, and my children's safety, and I have to take extra precautions in anything and everything I do. I cannot share pictures of myself or my children with family or friends due to the safety issues it poses for us. Additionally, this has greatly impacted our ability to hire and retain any new support staff. I greatly appreciate the Court's patience and understanding.

Respectfully,

*/s/ Emily Lambert*

Emily Lambert

Client Advocate and Paralegal

John  Pierce Law

P: 662-665-1061