UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    v.       )<br>DAVID JOHN LESPERANCE, )<br>CASEY CUSICK, AND )<br>JAMES VARNELL CUSICK, JR., )<br>Defendants.       ) | No. 1:21-cr-575 (JDB) |

DEFENDANTS' STIPULATION TO UNITED STATES STATEMENT OF THE CASE (ECF 73)

COMES NOW the Defendants, Lesperance, Cusick, and Cusick, by their undersigned counsel John Pierce, who agrees with and stipulates to the Statement of the Case filed by the United States (ECF 73).

Date: June 28, 2023            Respectfully Submitted,

*/s/ John M. Pierce*

John M. Pierce
21550 Oxnard Street
3rd Floor PMB #172
Woodland Hills, CA 91367
Tel: (213) 400-0725
Email: jpierce@piercebainbridge.com

CERTIFICATE OF SERVICE

I hereby certify that I uploaded this document to the Court's electronic filiing system, which thereby serves all parties.

/s/ John M. Pierce