**From:** ▮▮▮ Garcia
**Sent:** Monday, June 12, 2023 12:22 PM
**To:** ▮▮▮▮▮▮
**Subject:** ▮▮▮▮▮▮ surgery instructions and protocol to follow before and after surgery

Below are important items:

07/05/2023 – Pre-op appt   Arrive at the office at 4:30 pm
07/06/2023 - Surgery day!   @ 8:00 am   – Arrive with your driver @ 7:30  am   (nothing to eat or drink after midnight the night before)
07/07/2023- Post-op appt. Please be at the office @ 9:00 am

06/13/2023 – CBC   Blood Work (fax results to ▮▮▮▮▮ or e-mail me) Please print the attached requisition and bring it with you to LabCorp for the blood work.

▮▮▮▮▮▮▮▮▮▮▮▮ Driver License photo for your partner.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Let me know if you have any other questions.

The ▮▮▮▮▮ injection is used for post-operative pain management. This state-of-the-art effective post surgical pain management injection enable patients to quickly resume normal activity and begin strengthening following

surgery. The pain management system is key to a more rapid recovery. This injection provides the continuous delivery of local anesthetic through an injection that lasts over 72 hrs. Because it enables ▮▮▮▮▮▮▮ patients to quickly return to physical activity, it speeds physical healing.



Respectfully,


Surgical Coordinator

Cary NC 27518
Ph:
Fax: