UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID JOHN LESPERANCE, CASEY CUSICK, and JAMES VARNELL CUSICK, JR.,<br><br>Defendants. | Criminal Action No. 21-575 (JDB)<br>-03 |

## VERDICT FORM

1. With respect to the offense of entering and remaining in a restricted building or grounds in violation of 18 U.S.C. § 1752(a)(1), we find defendant James Varnell Cusick, Jr.

   _____ Not Guilty          ✓ Guilty

2. With respect to the offense of disorderly and disruptive conduct in a restricted building or grounds in violation of 18 U.S.C. § 1752(a)(2), we find defendant James Varnell Cusick, Jr.

   _____ Not Guilty          ✓ Guilty

3. With respect to the offense of disorderly and disruptive conduct in a Capitol building in violation of 40 U.S.C. § 5104(e)(2)(D), we find defendant James Varnell Cusick, Jr.

   _____ Not Guilty          ✓ Guilty

(continued on next page)

4. With respect to the offense of parading, demonstrating, or picketing in a Capitol building in violation of 40 U.S.C.§ 5104(e)(2)(G), we find defendant James Varnell Cusick, Jr.

_____ Not Guilty            _____✓_____ Guilty

_July 14, 2023_
Date

_____
Signature of Foreperson