UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Case No. 1:21-cr-575 (JDB) |
| | : |
| DAVID JOHN LESPERANCE, CASEY CUSICK, and JAMES VARNELL CUSICK, JR., | : |
| | : |
| Defendants. | : |

**UNITED STATES' NOTICE REGARDING RECENT SOCIAL MEDIA POSTS**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this notice to inform the Court of certain recent Twitter posts in which an account seemingly associated with defense counsel John M. Pierce made apparent threats against Department of Justice personnel handling cases arising out of the January 6 attack on the United States Capitol. The tweets, which are attached to this notice as Exhibits 1, 2, and 3, were posted on July 27, 2023.

July 28, 2023            Respectfully submitted,

                                         MATTHEW M. GRAVES
                                         UNITED STATES ATTORNEY
                                         D.C. Bar No. 481052

               By:       /s/ Francesco Valentini
                                         Francesco Valentini
                                         D.C. Bar No. 986769
                                         Trial Attorney
                                         United States Department of Justice, Criminal Division
                                         Detailed to the D.C. United States Attorney's Office
                                         601 D Street NW
                                         Washington, D.C.  20530
                                         (202) 598-2337
                                         francesco.valentini@usdoj.gov

*/s/ Sonia W. Murphy*
Sonia W. Murphy
D.C. Bar. No. 483072
Trial Attorney
United States Department of Justice, Civil Division
Detailed to the D.C. United States Attorney's Office
601 D Street NW
Washington, D.C. 20530
(202) 305-3067
smurphy4@usa.usdoj.gov
