Notice of Appeal Criminal  CO-290 Rev. 3/88

# United States District Court for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> vs. ) <br> ) <br> JAMES VARNELL CUSICK JR ) | Criminal No. 1:21-575 (JDB) |

## NOTICE OF APPEAL

**Name and address of appellant:** JAMES VERNELL CUSICK JR
2675 Turtle Mound Rd, Melbourne, FL 32934

**Name and address of appellant's attorney:** John M. Pierce
JOHN PIERCE LAW
21550 Oxnard Street, 3rd Floor, PMB #172
Woodland Hills, CA 91367
213-400-0725
Email: jpierce@johnpiercelaw.com

**Offense:** 4 counts, 18:1752(a)(1), 18:1752(a)(2), 40:5104(e)(2)(D), 40:5104(e)(2)(G)

**Concise statement of judgment or order, giving date, and any sentence:**
Conviction on July 14, 2023, from trial July 10 through 14, 2023 and sentencing on October 12, 2023.

**Name and institution where now confined, if not on bail:**

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

Oct 25, 2023
DATE

*Jim Cusick*
Jim Cusick (Oct 25, 2023 12:11 EDT)
APPELLANT

_____
ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE ☐
CJA, NO FEE ☐
PAID USDC FEE ☑
PAID USCA FEE ☑

Does counsel wish to appear on appeal? YES ☑ NO ☐
Has counsel ordered transcripts? YES ☑ NO ☐
Is this appeal pursuant to the 1984 Sentencing Reform Act? YES ☐ NO ☐